UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Adam James Scott**, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:12cv00653 ERW |
| | ) | |
| **David Moore et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court, in error, on 04/11/2012 and assigned to the Honorable Judge E. Richard Webber. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Northern Division of this court and assigned Case No. 2:12cv00031 NAB. Magistrate Nannette A. Baker will preside.

Case No. 4:12cv00653 ERW is hereby administratively closed.

Dated this 18th day of April, 2012.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 2:12cv00031 NAB in all future matters concerning this case.